# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY WAYNE YOUNG,<br><br>                          Petitioner,<br>vs.<br>MATTHEW CATE, Secretary,<br><br>                          Respondent | Civil No.   11-0460 JAH (NLS)<br><br>**SUMMARY DISMISSAL OF SUCCESSIVE PETITION PURSUANT TO 28 U.S.C. § 2244(b)(3)(A) GATEKEEPER PROVISION** |

Petitioner, Jerry Wayne Young, a state prisoner proceeding pro se, has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 together with a request to proceed in forma pauperis. The Court does not rule on Petitioner's request to proceed in forma pauperis because this case is summarily dismissed pursuant to 28 U.S.C. § 2244(b)(3)(A) as indicated below.

## **PETITION BARRED BY GATEKEEPER PROVISION**

The instant Petition is not the first Petition for a Writ of Habeas Corpus Petitioner has submitted to this Court challenging his January 10, 2000, conviction in San Diego Superior Court case No. SCD145402. On February 5, 2002, Petitioner filed in this Court a Petition for Writ of Habeas Corpus in case No. 02cv0225. In that petition, Petitioner challenged his conviction in San Diego Superior Court case No. SCD 145402 as well. On September 1, 2004, this Court denied the petition on the merits. (*See* Order filed September 1, 2004, in case No. 02cv0225 BTM (JFS) [Doc. No. 84].) Petitioner did not appeal that determination.

Petitioner is now seeking to challenge the same conviction he challenged in his prior federal habeas petition. Unless a petitioner shows he or she has obtained an Order from the appropriate court of appeals authorizing the district court to consider a successive petition, the petition may not be filed in the district court. *See* 28 U.S.C. § 2244(b)(3)(A). Here, there is no indication the Ninth Circuit Court of Appeals has granted Petitioner leave to file a successive petition.

## CONCLUSION

Because there is no indication Petitioner has obtained permission from the Ninth Circuit Court of Appeals to file a successive petition, this Court cannot consider his Petition. Accordingly, the Court **DISMISSES** this action without prejudice to Petitioner filing a petition in this court if he obtains the necessary order from the Ninth Circuit Court of Appeals. *The Clerk of Court is directed to send Petitioner a blank Ninth Circuit Application for Leave to File Second or Successive Petition.*

**IT IS SO ORDERED.**

DATED: March 25, 2011

_____
JOHN A. HOUSTON
United States District Judge